[No. 1808–3. Division Three. June 20, 1977.]

SACRED HEART MEDICAL CENTER, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Defendant,* MARY M. STRAIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 226568, George T. Shields, J., entered December 17, 1975. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 1828–3. Division Three. June 21, 1977.]

WILLIAM WALKER, ET AL, *Respondents,* v. GEORGE STRITZEL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Douglas County, No. 10697, B. J. McLean, J., entered January 8, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 2030–2. Division Two. June 23, 1977.]

BETTY OLDHAM, *Respondent,* v. CLYDE OLDHAM, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 52163, Ted Kolbaba, J., entered August 15, 1975. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Reed, J.